FILED
2006 May-31 PM 03:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
06 MAY 31 AM 11:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL CRAIG PUGH, | ] |
| Petitioner, | ] |
| vs. | ] CIVIL ACTION NO. 1:05-CV-2136-RRA |
| THE UNITED STATES OF AMERICA, | ] |
| Respondent. | ] |

### ORDER

In accordance with the Memorandum Opinion entered herewith, Respondent's motion to dismiss is **GRANTED**, and the petition for a writ of habeas corpus is hereby **DISMISSED**. Costs are taxed to Petitioner.

**DONE** and **ORDERED** this ___31st___ day of May, 2006.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE